DEPARTMENT OF PUBLIC SAFETY *v.* FREEDOM OF
INFORMATION COMMISSION ET AL.

The named defendant's petition for certification for
appeal from the Appellate Court, 103 Conn. App. 571
(AC 27850), is denied.

*Mary E. Schwind,* director of adjudication, in support
of the petition.

*Lynn D. Wittenbrink,* assistant attorney general, in
opposition.

Decided October 23, 2007

PEARL WIESELMAN *v.* FELICIA S. HOENIGER

The plaintiff's petition for certification for appeal
from the Appellate Court, 103 Conn. App. 591 (AC
28014), is denied.

*James H. Lee,* in support of the petition.

*Donald A. Mitchell,* in opposition.

Decided October 23, 2007

EDUARDO MARTINEZ ET AL. *v.* SOUTHINGTON
METAL FABRICATING COMPANY

The plaintiff's petition for certification for appeal
from the Appellate Court, 101 Conn. App. 796 (AC
27201), is denied.

ROGERS, C. J., did not participate in the consider-
ation or decision of this petition.

*Patrick Tomasiewicz* and *Jonathan A. Cantor,* in
support of the petition.

*Lawrence L. Connelli,* in opposition.

Decided October 30, 2007